# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-510
_____

WHITNEY LEWIS CARTER,

Appellant,

v.

LLOYD CARTER,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

August 24, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shalene Grover, P.A., Marianna, for Appellant.

No Appearance for Appellee.